**No. R66/1.**—Panation Trade Co. *v.* United States, reappraisements R64/18988 and R64/18995 (New York).

**No. R66/2.**—Panation Trade Co. *v.* United States, reappraisements R65/6752, etc. (New York).

WILSON, J.   In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Panation Trade Co.* v. *United States* (54 Cust. Ct. 758, A.R.D. 181), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis for the determination of the value of the cigarette lighters here in question and that such value was the invoice unit ex-factory prices in each case.

BEFORE JUDGE FORD, MARCH 22, 1966

**No. R66/3.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R60/3207, R60/3208, and R60/5092 (Baltimore).

FORD, J.   In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is represented by the invoice unit values, net, packed, exclusive of inland freight and f.o.b. charges.